# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
          Appellant,
vs.
THE STATE OF NEVADA BOARD OF
PRISON COMMISSIONERS; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; ELY STATE
PRISON; LOVELOCK CORRECTIONAL
CENTER; ACCESS CORRECTIONS;
RENEE BAKER, WARDEN; ROBERT
LEGRAND, WARDEN; HAROLD
BYRNE; QUIENTIN BYRNE; PATRICK
CONMAY; KELLY BELANGER; AND
TARA CARPENTER,
          Respondents.

No. 76251

FILED

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order striking motion for leave to file amended petition and warning about frivolous filings. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Our preliminary review of the documents before this court reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal

18-29865

from the above-mentioned order. Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:    Hon. Steve L. Dobrescu, District Judge
Renard Truman Polk
Attorney General/Carson City
White Pine County Clerk